Thomas E. Dowey, Esquire
1423 Tilton Road Suite 8
Northfield, N.J. 08225
Attorney for Debtor

---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE: Ellen Camp                                         Case No.: 06-60776
     Denise L. Hinkelman                                    Chapter 13

OBJECTION TO PROOF OF CLAIM

TO: Isabel Balboa                                         New Century Financial Services Inc.
.   Cherry Tree Corporate Center                         C/O Presler & Presler
    535 Route 38, Suite 580                              16 Wing Dr.
    Cherry Hill, New Jersey 08002                        Cedar Knolls, N.J. 07927

    Debtor, Ellen Camp by and through counsel for Debtors, Thomas E. Dowey, Esquire, hereby object to the Proof of Claim filed by creditor New Century Financial Services, Inc.

Debtor objects upon the following grounds:

    1. The Debtor filed for bankruptcy relief under Chapter 13 on 12/18/05.

    2. The deadline to file a proof of claim in this case was 4/13/2006.

    3. Creditor, New Century Financial Services, Inc. Filed a proof of claim on 4/24/2006.

    4. The Debtor objects to this proof of claim because it was filed too late.

    WHEREFORE, Ellen Camp, said debtor, prays that said claim of New Century Financial Services, Inc. be disallowed and expunged.

                                                Respectfully Submitted,
                                                /s/Thomas E. Dowey
                                                Thomas E. Dowey, Esquire