OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
Isabel C. Balboa, Esquire (IB 4082)
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002-2977
(856) 663-5002

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
(Camden)

IN RE:

ELLEN M. CAMP

Debtor(s).

Proceedings in Chapter 13

Case No.   05-60776 / GMB

## CERTIFICATION IN SUPPORT OF ISSUANCE OF DISCHARGE

_Ellen M Camp_, debtor(s) in the above-captioned case make this certification in support of our request for the issuance of discharge.

1. I/we are requesting the court issue a discharge in this case.

2A. I/we completed an approved financial management instruction course. the course was provided by: _Green Path Debt Solutions_

    OR    (Attach certification)

2B. _NA_    I/we have not completed a financial management instructional course because the court has determined that I am unable to complete this requirement because of incapacity, disability or active military in a combat zone.

3A. _EC ✓_    I/we are not required to pay domestic support obligation;

OR (if applicable, complete all sections 3(B) - 3(E):

3B. __NA__ I am required to pay domestic support obligations and I have paid any amounts payable under Court Order or Statute that were due on or before the date of this certification;

3C. __NA__ I am required to pay domestic support obligation, but have not paid all of the amounts due under Court Order or Statute as of the date of this certification;

3D. _____ My/our most recent address: __41 Somers Ave EHT NJ 08234__

3E. _____ My/our most recent place of employment: __Atlantic Regional Medical Center__

4. The following creditors hold claims that were not discharged because they are of the type of debt that cannot be discharged base on 11U.S.C. §523(a)(2) or (a)(4):
__N/A__

5. The following creditors hold debts that were reaffirmed by me/us under 11 U.S.C. §524 ( c): __N/A__

6. ✓ I/we have not received a discharge in a Chapter 7, 11 or 12 bankruptcy case within 4 years prior to the following of this Chapter 13 Bankruptcy.

7. ✓ I/we have not received a discharge in another Chapter 13 bankruptcy case within 2 years prior to the filing of this Chapter 13

8. _EC ✓_    Bankruptcy

I/we did not have either at the time of filing this bankruptcy or at the present time, equity in excess of $125,000 in the type of property described in 11 U.S.C. §522 (p) (1).

9. _EC ✓_    There is not currently pending any proceeding in which I/either of us may be found guilty of a felony of the kind described in 11 U.S.C. §522 (q)(1)(A) or liable for a debt of the kind described in 11 U.S.C. §522(q)(1)(B).

I certify that the foregoing statements made by me are truthful and accurate.

Date: 1-20-07         _Ellen M Camp_
                                    Debtor

                      _____
                                    Debtor