```
                          UNITED STATES BANKRUPTCY COURT

 IN THE MATTER OF:                                                          PAGE     1
                                               )      CHAPTER 13
                                               )   CASE NO.        0560776  GMB
 ELLEN M. CAMP                                 )
                                               )      DATE FILED: 12/18/2005
 41 SOMERS AVENUE                              ) DATE CONFIRMED: 04/05/2006
                                               ) DATE CONCLUDED: 03/13/2007
 EGG HARBOR TWP., NJ  08234        DEBTOR (S)  )
                                               )
 ----------------------------------------------)

                         STANDING CHAPTER 13 TRUSTEE'S
                                 FINAL REPORT
                               CLOSED COMPLETED


    Pursuant to 11 U.S.C. Section 1302(b)(1) and Rule 2015(2), the Trustee has
  maintained detailed reports of receipts and disbursements which are as follows
 -----------------------------------------  -------------------------------------
                                                Amount         Paid
 Claim Creditor's Name                          Allowed      to Date    Balance Due
 -----------------------------------------  -------------------------------------

 UNSECURED
 002 FEDERATED RETAIL HOLDINGS                 1,215.82     1,215.82        0.00
 003 CHARMING SHOPPES - FASHION BUG            1,239.88     1,239.88        0.00
 004 RJM ACQUISITIONS FUNDING, LLC               348.91       348.91        0.00
 005 KEYBANK NATIONAL ASSOC.                  12,642.10    12,642.10        0.00
 006 ARROW FINANCIAL SERVICES, LLC             1,267.74     1,267.74        0.00
 007 LVNV FUNDING, L.L.C.                      3,637.13     3,637.13        0.00
 008 LVNV FUNDING, L.L.C.                      1,864.70     1,864.70        0.00
 009 LVNV FUNDING, L.L.C.                        628.61       628.61        0.00
 010 LVNV FUNDING, L.L.C.                      1,470.66     1,470.66        0.00
 011 CHASE BANK USA, N.A.                        854.44       854.44        0.00
                                                          -------------
                                                             25,169.99

 REFUND TO DEBTOR
 999 ELLEN M. CAMP                             2,972.84     2,972.84        0.00
                                                          -------------
                                                              2,972.84

 DEBTOR ATTORNEY
 000 THOMAS E. DOWEY, ESQUIRE                  1,500.00     1,500.00        0.00
 200 THOMAS E. DOWEY, ESQUIRE                    300.00       300.00        0.00
                                                          -------------
                                                              1,800.00

 SECURED MORTGAGE ARREARAGES
 001 GREEN TREE SERVICING, LLC                 1,185.89     1,185.89        0.00
                                                          -------------
                                                              1,185.89
```

```
                       UNITED STATES BANKRUPTCY COURT

 IN THE MATTER OF:                                                  PAGE    2
                                             )    CHAPTER 13
                                             )  CASE NO.        0560776  GMB
 ELLEN M. CAMP                               )
                                             )    DATE FILED: 12/18/2005
 41 SOMERS AVENUE                            )  DATE CONFIRMED: 04/05/2006
                                             )  DATE CONCLUDED: 03/13/2007
 EGG HARBOR TWP., NJ   08234      DEBTOR (S) )
                                             )
 --------------------------------------------)

                       STANDING CHAPTER 13 TRUSTEE'S
                              FINAL REPORT
                            CLOSED COMPLETED

   Pursuant to 11 U.S.C. Section 1302(b)(1) and Rule 2015(2), the Trustee has
 maintained detailed reports of receipts and disbursements which are as follows
 ------------------------------------------ -----------------------------------
                                          Amount       Paid
 Claim Creditor's Name                    Allowed      to Date     Balance Due
 ------------------------------------------ -----------------------------------

 OTHER SECURED DEBT
 012 NEW CENTURY FINANCIAL SERVICES        2,093.29    2,093.29           0.00
                                                       ------------
                                                       2,093.29

 -------------------------------------------------------------------------------
    TOTAL RECEIPTS         DISBURSED           TRUSTEE FEES        CASH ON HAND
      34,930.24            33,222.01             1,708.23              0.00
 -------------------------------------------------------------------------------
```

WHEREFORE, the Trustee prays that a Final Decree be entered discharging him/her
as Trustee and releasing the Trustee and the Trustee's surety from any and all
liability on account of the within proceedings, and closing the estate, and for
such other relief as is just.
Pursuant to FRBP 5009, I certify the case has been fully administered.

```
                         /s/ Isabel C. Balboa, Trustee
                         Cherry Tree Corporate Center
                         535 Route 38, Suite 580
                         Cherry Hill, NJ  08002
```